Attorney or Party Name, Address, Telephone & FAX No., State Bar No. & Email Address

Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000
Fax (951) 826-8090

*Chapter 13 Trustee*

FOR COURT USE ONLY

FILED & ENTERED

JAN 21 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jeanmari DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

In re:
CHRISTOPHER CARL BUBELA

MARY CATHERINE BUBELA

Debtor(s).

CASE NO.: **6:10-bk-48653-DS**

CHAPTER: 13

**ORDER CONFIRMING CHAPTER 13 PLAN**

DATE: January 18, 2011
TIME: 9:00 am
COURTROOM: 304
PLACE: 3420 Twelfth St.
Riverside, CA 92501

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on November 30, 2010.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure. The debtor(s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a). The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1. Plan Payments:

   a. ☐ The amount of each monthly plan payment is $_______. The due date is _______ day of each month for _______ months. The Plan provides for the payment of _______% of allowed claims for general unsecured creditors.

   b. ☒ The amount of each monthly plan payment is:
   Starting 01/01/2011 the monthly plan payment is $431.00,
   Starting 10/01/2013 the monthly plan payment is $731.00,
   The due date is the 1st day of each month for 36 months. The Plan provides for the payment of 8.00% of allowed claims for general unsecured creditors.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to the post-petition defaults by the debtor(s).

3. Other provisions:

a. [X] This is a base plan with the debtor(s) paying at least $16,416.00 of disposable income into the Plan. The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%. The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

b. [X] The Trustee is authorized to make payment to holders of secured claims based on the plan. However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

c. [X] Counsel for debtor(s) is awarded fees of $4,000.00; having previously received $3,550.00 , counsel is entitled to $450.00 payment of from the estate.

d. [X] Additional provisions incorporated in this Order:

1. Debtor(s) must pay the base plan amount or the percentage to unsecured creditors, whichever is greater.
2. In addition to the monthly plan payments, tax refunds received during the term of the plan are pledged to the plan.
3. The plan is modified to comply with the requirements of the court's approved plan form.
4. Debtor(s) reserve the right to object to any claim notwithstanding any plan interlineations.

e. [X] Interlineations:

DATED: January 21, 2011

United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.